| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Todd M. Friedman, Esq.<br>Law Offices of Todd M. Friedman, P.C.<br>369 S. Doheny Dr., #415<br>Beverly Hills, CA 90211<br>Phone:(877)206-4741<br>Fax: (866) 633-0228 | FILED<br><br>2013 DEC 23  PM 12: 13<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY _____ |
| ATTORNEYS FOR  JOSHUA FRIEDMAN | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOSHUA FRIEDMAN,<br><br>                                Plaintiff(s),<br>              v.<br><br>ANNA'S LINENS, INC.,<br><br>                                Defendant(s) | CASE NUMBER<br>**CV13-09427** ABC (JEMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

**BY FAX**

The undersigned, counsel of record for   JOSHUA FRIEDMAN
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

                    **PARTY**                                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

JOSHUA FRIEDMAN,                                                           Plaintiff

ANNA'S LINENS, INC.,
                                                                                              Defendant

12/20/13                                                                 _____
Date                                                                            Sign

                                                                                    Todd M. Friedman
                                                                                    Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)